IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 2:07CR237-TFM |
| | ) (18 U.S.C. 641) |
| KAREEMA O. GREENE | ) |
| | ) |
| | ) **INFORMATION** |
| | ) |

The United States Attorney charges:

COUNT

On or about the 13th day of June 2007, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, **KAREEMA O. GREENE** did steal merchandise of a value of less than one thousand dollars ($1,000.00), the property of the United States, in violation of Title 18, Section 641, United States Code.

LEURA CANARY
United States Attorney

KENT BRUNSON
Assistant United States Attorney

L. AMBER BRUGNOLI
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL  36112-6334
Telephone:  334-953-2786/2789
Fax:  334-953-2787

STATE OF ALABAMA            )
                            )           **AFFIDAVIT**
COUNTY OF MONTGOMERY        )

The undersigned, being first duly sworn, deposes and says:

I, EDWARD L. McINTYRE, am employed by the Army Air Force Exchange Service (AAFES) at Maxwell Air Force Base as a store detective. I am familiar with the following incident. On or about 13 June 2007, via closed circuit monitors, the subject, later known as KAREEMA O. GREENE, was observed selecting four cologne items. She then went to the women's clothing department and concealed them in her purse. GREENE continued to shop for about forty (40) more minutes and then met up with her husband and two children. GREENE's husband paid for some items and they then departed the store. GREENE was stopped and asked to the loss prevention office. At that point, Security Forces was called and assumed the case. The total cost of the four colognes was $176.25.

*[signature]*
EDWARD L. McINTYRE

Subscribed and sworn to before me this _19th_ day of _September_, 2007.

*[signature]*
AUDREY F. GRIFFIN
Notary Public
State of Alabama

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 19, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS