| | | |
|---|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** March 11, 2008 | |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDING:** 10:04 - 10:06 | |

❒ **ARRAIGNMENT**   ❒ **CHANGE OF PLEA**   ❒ **CONSENT PLEA**
❒ **RULE 44(c) HEARING**   ❒ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker   **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:07cr237-TFM   **DEFENDANT NAME:** Kareema O. Greene
**AUSA:**   **DEFENDANT ATTORNEY:**
Type counsel ( )Waived; ( )Retained; ( )CJA; ( )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**
Interpreter present? ( )NO; ( )YES   Name:

---

❒ This is defendant's **FIRST APPEARANCE.   GOVERNMENT'S ORAL MOTION TO CONTINUE**
❒ **Financial Affidavit executed. ORAL MOTION for appointment of Counsel.**
❒ **ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.**
❒ **WAIVER OF INDICTMENT** executed and filed.
❒ **INFORMATION** filed.
❒ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**   √**Not Guilty**
  ❒ **Guilty as to:**
    ❒ **Count(s):**
    ❒ **Count(s):**     ❒ **dismissed on oral motion of USA**
            ❒ **to be dismissed at sentencing**
❒ Written plea agreement filed   ❒ **ORDERED SEALED**
❒ **ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.**
❒ **CRIMINAL TERM:**
   **DISCOVERY DISCLOSURE DATE:**
❒ **ORAL ORDER that defendant be released and continued under the same conditions previously imposed by the U. S. Magistrate Judge.**
❒ **ORAL ORDER remanding** Defendant to the custody of U. S. Marshal.
❒ Rule 44 Hearing:   ❒ Waiver of Conflict of Interest Form executed
        ❒ Defendant requests time to secure new counsel