IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR. No.: 2:07cr237-TFM |
| | ) | |
| KAREEMA O. GREENE | ) | |

### UNOPPOSED MOTION TO CONTINUE TRIAL

**COMES NOW** the Defendant, **KAREEMA O. GREENE**, through Undersigned Counsel, Christine A. Freeman, pursuant to 18 U.S.C. 3161 §§ (h)(8)(A) and (h)(8)(B), and respectfully moves the Court for an Order continuing this matter from the July 21, 2008, Trial Term.  In support of this motion, the Defendant would show the following:

1. The United States Attorney Office has approved Ms. Greene for pretrial diversion.

2. This case is now in the hands of the United States Probation Office for completion of the pretrial diversion investigation.  Ms. Green has already been interviewed by the Probation Office.  Once the work up is completed, the government will file its Motion to Dismiss the Information.

3. Because prosecution will be deferred/diverted, pursuant to the agreement upon the final work up, it is in the interest of justice to continue trial in this matter so as to allow the parties to finalize Ms. Greene's diversion agreement.  18 U.S.C. §§ 3161(h)(2) and 3161(h)(8)(B)(I).

4. For the foregoing reasons, Special Assistant United States Attorney Lindsey Amber Brugnoli concurs with Ms. Greene's Motion to Continue.

**WHEREFORE**, Defendant respectfully requests that this Motion to Continue be granted.

Dated this 18th day of July 2008.

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Christine_Freeman@fd.org

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CR. No.: 2:07cr237-TFM |
| | ) | |
| **KAREEMA O. GREENE** | ) | |

## CERTIFICATE OF SERVICE

     I hereby certify that on July 18, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kent B. Brunson
Assistant U. S. Attorney
131 Clayton Street
Montgomery, AL 36101

Lindsey Amber Brugnoli
U S Department of the Air Force - AL
Office of the Staff Judge Advocate
HQ AU/JA
50 LeMay Plaza South
Maxwell AFB, AL 36112-6334

          Respectfully submitted,

          **s/Christine A. Freeman**
          **CHRISTINE A. FREEMAN**
          **TN BAR NO.: 11892**
          Attorney for Defendant
          Federal Defenders
          Middle District of Alabama
          201 Monroe Street, Suite 407
          Montgomery, AL 36104
          TEL:   (334) 834-2099
          FAX:   (334) 834-0353
          E-Mail: Christine_Freeman@fd.org